AO 468 (Rev. 1/86) Waiver of Preliminary Examination or Hearing

# UNITED STATES DISTRICT COURT

DISTRICT OF _MASSACHUSETTS_

UNITED STATES OF AMERICA
V.

_CARLOS ANTONIO DEPAULA_

**WAIVER OF PRELIMINARY EXAMINATION OR HEARING**
(Rule 5 or 32.1, Fed. R. Crim. P.)

CASE NUMBER: _2004M 0449RBC_

I, _CARLOS ANTONIO DEPAULA_, charged in a ☑ complaint ☐ petition pending in this District _Charging transfer of false identification documents_ in violation of _18_, U.S.C., _1028(a)(2)_,

and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a ☑ examination ☐ hearing, do hereby waive (give up) my right to a preliminary ☑ examination ☐ hearing.

_Carlos Antonio de Paula_
Defendant

FEB - 3 2004
Date

Counsel for Defendant