AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF **MASSACHUSETTS**

UNITED STATES OF AMERICA

v.

"Carlos"
15 Leicester Street, Apartment C
Brighton, MA

**WARRANT FOR ARREST**

CASE NUMBER: 2004 M 0449 RBC

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest    "Carlos"
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment   ☐ Information   ☒ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense)
Unlawful transfer of fraudulent identification documents

in violation of Title **18** United States Code, Section(s) **1028(a)(2)**

ROBERT B. COLLINGS
Name of Issuing Officer

UNITED STATES MAGISTRATE JUDGE
Title of Issuing Officer

Signature of Issuing Officer

JAN 2 0 2004
Date and Location

HON. ROBERT B. COLLINGS
UNITED STATES MAGISTRATE JUDGE
United States District Court
John Joseph Moakley United States Courthouse
1 Courthouse Way, Suite 6420
Boston, Massachusetts 02210

Bail fixed at $ _____ by _____
Name of Judicial Officer

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

WARRANT EXECUTED
BY ARREST/ARRAIGNMENT OF THE
DEFENDANT ON

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc.