**R E C E I V E D**
Clerk's Office
USDC, Mass.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Date _3-2-04_

By _____CnG_____
Deputy Clerk

UNITED STATES OF AMERICA

v.

CARLOS DEPAULA

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

**04** CR **1 0 0 6 2** JLT

CRIMINAL NO.
VIOLATIONS:
18 U.S.C. §1028(a)(2)
(Transfer of False
  Identification )
  Documents)
18 U.S.C.§1028(a)(5)
(Possession of
  False Document-Making
  Implements)
18 U.S.C.§1546(a)
(Fraud and Misuse of
  Documents)
18 U.S.C.§2
(Aiding and Abetting)

<u>INFORMATION</u>

<u>COUNT ONE</u>:      18 U.S.C. §1028(a)(2) - Transfer of False
                  Identification Documents

The Grand Jury charges that:

On November 20, 2003, at Allston, in the District of

Massachusetts,

**CARLOS DEPAULA,**

the defendant herein, did knowingly transfer false identification

documents, to wit: six counterfeit Social Security Administration

account number cards and six counterfeit alien registration

cards, which appeared to be issued by or under the authority of

1

the United States, knowing that such documents were produced without lawful authority.

All in violation of Title 18, United States Code, Section 1028(a)(2).

COUNT TWO:        18 U.S.C. §1028(a)(2) - Transfer of False
                  Identification Documents

The Grand Jury further charges that:

On or about January 8, 2004, at Allston, in the District of

Massachusetts,

**CARLOS DEPAULA,**

the defendant herein, did knowingly transfer false identification

documents, to wit: ten counterfeit Social Security Administration

account number cards and ten counterfeit alien registration

cards, which appeared to be issued by or under the authority of

the United States, knowing that such documents were produced

without lawful authority.

All in violation of Title 18, United States Code, Section

1028(a)(2).

<u>COUNT THREE</u>:    18 U.S.C. §1028(a)(5) - Possession of Document-
                 Making Implements

The Grand Jury further charges that:

On or about January 21, 2004, at Brighton, in the District

of Massachusetts,

**CARLOS DEPAULA,**

the defendant herein, knowingly possessed document-making

implements, to wit: a computer, a computer document scanner, a

typewriter, a laminating machine, and a cutting board, with the

intent that such document-making implements would be used in the

production of false identification documents.

All in violation of Title 18, United States Code, Section

1028(a)(5).

4

<u>COUNT FOUR</u>:    **Title 18 U.S.C. §1546(a) - Fraud and Misuse of Documents**

    The Grand Jury further charges that:

    From on or about November 20, 2003, and continuing until on or about January 8, 2004, at Brighton, in the District of Massachusetts,

**CARLOS DEPAULA,**

the defendant herein, did knowingly forge, counterfeit, alter, and falsely make documents prescribed by statute or regulation as evidence of authorized stay or employment in the United States, to wit: Social Security Administration account number cards and alien registration cards.

    All in violation of Title 18, United States Code, Section 1546(a) and Title 18, United States Code, Section 2.

                                   Respectfully submitted,

                                   MICHAEL J. SULLIVAN
                                   United State Attorney

            By:        _____
                                   William H. Connolly
                                   Assistant U.S. Attorney

DATED:    March 2, 2004

5
