UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CRIMINAL NO. |
| v. ) | **04 CR 1 0 0 6 2 JLT** |
| CARLOS DEPAULA ) | |

## WAIVER OF INDICTMENT

Defendant CARLOS DEPAULA, after having been advised of the nature of the felony charges in this proceeding, and of his rights, hereby waives in open court prosecution by indictment and consents that this proceeding may be by information instead of by indictment.

*Carlos Antonio de Paula*
Carlos DePaula
Defendant

*[signature]*
Leo Sorokin, Esq.
Attorney for Defendant

Date: 5/6/04

DOCKETED (9)